THE PEOPLE OF THE STATE OF NEW YORK v. LENOX J. EDWARDS —

Concur — Capozzoli, J. P., McNally, Steuer and Tilzer, JJ.

(January 21, 1971)

ALAN FLESHER et al., Appellants, v. ADELE GOLDBERG, Also Known as ADELE SHAPOLSKY, et al., Respondents.—Judgment,

Concur — Capozzoli, J. P., McGivern, Nunez and McNally, JJ.

JAMES H. NASH, Respondent, v. PATRICK J. KANE et al., Appellants.—

Concur — Stevens, P. J., Capozzoli, Nunez and McNally, JJ.